CHARLES S. GITTLEMAN, Appellant, v. NOTLIM REALTY CORPORATION, KINOR ESTATES CORPORATION and EMANUEL LIEBERMAN, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondents

twenty dollars costs within ten days from service of a copy of the order entered herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., not voting.